**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
PAULINO ESPINOBARROS (A.K.A PABLO), *individually and on behalf of others similarly situated*,

                              *Plaintiff*,

-against-

FIRST & FIRST FINEST DELI CORP. (d/b/a FIRST & FIRST FINEST DELI) and ALI KAREEM
                              *Defendants.*
---------------------------------------------------------X

**Index No. 17-cv-5587 (KPF)**

**NOTICE OF MOTION TO AMEND COMPLAINT**

TO:
Joseph Ronald Giaramita
8215 Fifth Avenue
Brooklyn, NY 11209
718 748-4440
Fax: 718 748-4272
Email: nytriallawyer@aol.com
Attorney for Defendants

      **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Joshua S. Androphy, dated February 14, 2018, the accompanying Memorandum of Law dated February 14, 2018, and all the papers and proceedings had herein, Plaintiff will move this Court, before the Honorable Katherine Polk Failla, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, Courtroom 618, on a date to be determined by the Court, for leave, pursuant to Rule 15 of the Federal Rules of Civil Procedure, to file an Amended Complaint in this matter.

- 2 -

Please take further notice that pursuant to Local Civil Rule 6.1(b), any opposing affidavits or memoranda are due within fourteen days after service of the motion papers.

Dated:    New York, New York
           February 14, 2018

                                        MICHAEL FAILLACE & ASSOCIATES, P.C.

                       By:    /s/Joshua S. Androphy
                              Joshua S. Androphy
                              60 East 42nd Street, Suite 4510
                              New York, New York 10165
                              Telephone: (212) 317-1200
                              Facsimile: (212) 317-1620
                              *Attorneys for Plaintiff*