UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

PAULINO ESPINOBARROS (A.K.A. PABLO),

                Plaintiff,

FIRST & FIRST FINEST DELI CORP. (d/b/a FIRST & FINEST DELI), FOOD U DESIRE 3, CORP. (d/b/a FIRST AND FIRST FINEST DELI), ADEEB GHANA, ABU MUBAREZ, OTHMAN MUBAREZ, and YOUNES MUBAREZ

                Defendants.

------------------------------------------------------X

17-CV-5587 (KPF)

**AFFIDAVIT OF ABU MOBAREZ**

STATE OF NEW YORK    )
                              )ss:
COUNTY OF KINGS       )

**ABU MOBAREZ**, being duly sworn, deposes and states as follows:

1. I reside at 24 Bay 14th Street, Brooklyn, New York.

2. I have been employed at the First & Finest Deli (the "Deli"), located at 18 1st Avenue, New York, New York 10009 from approximately August 2015 to the present.

3. I work as a cashier at the Deli.

4. Prior to the trial of this case, my previous attorney, Joseph Giaramita asked that my brother Othman Mubarez testify as to Mr. Espinobarros' employment.

5. However, Othman was not able to testify because he was in Yemen.

6. Instead of asking for an adjournment of the trial date, Mr. Giaramita told me to testify at trial.

7. Mr. Giaramita never requested that more than one witness testify on behalf of the defendants despite the fact that many people, including all of the named defendants and several employees of the Deli, could testify that Mr. Espinobarros worked for the Deli for no longer than three months.

8. I am willing to testify again as to Mr. Espinobarros' length of employment and Anwer Hamid, Mohamed Alawgari, Kareem Mobarez and Younes Mobarez have each told me that they would also be willing to testify in court. Muad Adel and Othman Mobarez, who reside in Yemen, have told me that they would be willing to give testimony by telephone or video conference if allowed by the court.

Sworn to before me this
1\_ day of September, 2018

_____
Notary Public

_____
Abu Mobarez

SOPHIE QIANLU WANG
Notary Public, State of New York
Reg. No. 02WA6346870
Qualified in Queens County
My Commission Expires 8/22/2020