UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PAULINO ESPINOBARROS (A.K.A. PABLO),      ECF CASE

                *Plaintiff*,      17-CV-5587 (KPF)

FIRST & FIRST FINEST DELI CORP. (d/b/a FIRST & FINEST DELI), FOOD U DESIRE 3, CORP. (d/b/a FIRST AND FIRST FINEST DELI), ADEEB GHANA, ABU MUBAREZ, OTHMAN MUBAREZ, and YOUNES MUBAREZ      **NOTICE OF MOTION**

     Hon. Katherine Polk Failla

                *Defendants*.
-------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Marwan F. Sehwail dated September 19, 2018, the Exhibits thereto, and all the prior pleadings and proceedings heretofore had herein, defendants First & Finest Deli Corp., Food U Desire 3 Corp., Adeeb Ghana, Abu Mubarez, Othman Mubarez, and Younes Mubarez will move this Court pursuant to Rule 59 of the Federal Rules of Civil Procedure for a new trial, and for such other and further relief as the Court deems just and proper.

Dated: Brooklyn, New York
       September 18, 2018

                                       **LAW OFFICE OF ANDREW MUCHMORE**
                                       Counsel for Plaintiff

                                       By: s/ Marwan F. Sehwail
                                       Marwan F. Sehwail
                                       217 Havemeyer Street, 4th Floor
                                       Brooklyn, NY 11211
                                       (917) 932-0299