UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
PAULINO ESPINOBARROS (A.K.A.                ECF CASE
PABLO),

                    *Plaintiff*,        **17-CV-5587 (KPF)**


FIRST & FIRST FINEST DELI CORP. (d/b/a        **NOTICE OF MOTION**
FIRST & FINEST DELI), FOOD U DESIRE
3, CORP. (d/b/a FIRST AND FIRST FINEST        Hon. Katherine Polk Failla
DELI), ADEEB GHANA, ABU MUBAREZ,
OTHMAN MUBAREZ, and YOUNES
MUBAREZ

                    *Defendants*.
-----------------------------------------------------X


      **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Marwan F. Sehwail dated

September 19, 2018, the Exhibits thereto, and all the prior pleadings and proceedings heretofore had

herein, defendants First & Finest Deli Corp., Food U Desire 3 Corp., Adeeb Ghana, Abu Mubarez,

Othman Mubarez, and Younes Mubarez will move this Court pursuant to Rule 59 of the Federal Rules

of Civil Procedure for a new trial, and for such other and further relief as the Court deems just and

proper.

Dated: Brooklyn, New York
      September 18, 2018


                         **LAW OFFICE OF ANDREW MUCHMORE**
                         Counsel for Plaintiff


                         By: s/ Marwan F. Sehwail
                         Marwan F. Sehwail
                         217 Havemeyer Street, 4th Floor
                         Brooklyn, NY 11211
                         (917) 932-0299