UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

PAULINO ESPINOBARROS (A.K.A. PABLO),   17-CV-5587 (KPF)
          *Plaintiff*,

                               **AFFIDAVIT OF MOHAMED ALAWGARI**

FIRST & FIRST FINEST DELI CORP. (d/b/a
FIRST & FINEST DELI), FOOD U DESIRE 3,
CORP. (d/b/a FIRST AND FIRST FINEST
DELI), ADEEB GHANA, ABU MUBAREZ,
OTHMAN MUBAREZ, and YOUNES
MUBAREZ
          *Defendants*.

-------------------------------------------------------X

STATE OF NEW YORK      )
                                )ss:
COUNTY OF _____  )

      **MOHAMED ALAWGARI**, being duly sworn, deposes and states as follows:

1. I have been employed at the First & Finest Deli (the "Deli"), located at 18 1st Avenue, New York, New York 10009 from approximately October 2016 to the present.

2. I work the night shift at the Deli.

3. I work approximately 40 hours a week while employed at the Deli.

4. I understand that Pablo Espinobarros has claimed that he worked for the Deli from May 2014 to July 2017.

5. Mr. Espinobarros was not working at the Deli in October 2016 when I began working there. He had been fired for being intoxicated.

6. I am willing to testify in open court as to my knowledge of this matter.

7. I submit this affidavit to clarify the statements made in my previous affidavit.

Sworn to before me this
12 day of October, 2018

_____
Notary Public

                                                                 Mohamed Alawgari

*[Notary stamp: Ezekiel Rosenberg, Commissioner of Deeds, No. 10114, Commission Expires on 8/1/2020, Cert. Filed in New York County, City of New York]*