```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
   PAULINO ESPINOBARROS,                              :
                                                      :
                              Plaintiff,              :    17 Civ. 5587 (KPF)
                                                      :
                      v.                              :    ORDER
                                                      :
   FIRST & FIRST FINEST DELI CORP., et al.,           :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X
```

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth during the hearing on May 10, 2019, the Defendants' motion for a new trial is DENIED. The Clerk of Court is directed to terminate the motions at Docket Entries 64 and 65.

SO ORDERED.

Dated:   May 10, 2019
         New York, New York

                                                          KATHERINE POLK FAILLA
                                                          United States District Judge