UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
           :
PAULINO ESPINOBARROS,        :
           :
           Plaintiff,    :   17 Civ. 5587 (KPF)
           :
           v.           :   JUDGMENT AND
           :       ORDER
FIRST & FIRST FINEST DELI CORP., *et al.*, :
           :
           Defendants. :
           :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

    A jury trial having been held from July 23, 2018, to July 25, 2018, and the jury on July 25, 2018, having returned a verdict in favor of Plaintiff Paulino Espinobarros, and the Court having denied Defendants' post-trial motion for a new trial brought under Fed. R. Civ. P. 59 by oral decision on May 10, 2019, it is

    ORDERED, ADJUDGED AND DECREED, as follows:

    That Plaintiff Paulino Espinobarros have judgment against Food U Desire 3, Corp. in the amount of $256,318.00, plus interest at the rate of 9% upon $123,159.00 calculated from December 9, 2015, until the entry of judgment, which is calculated to be $38,931.74, for a total amount of $295,249.74; against First & First Finest Deli Corp. in the amount of $215,830.00, plus interest at the rate of 9% upon $102,915.00 calculated from August 31, 2015, until the entry of judgment, which is calculated to be $35,070.05, for a total amount of $250,900.05; against Abu Mubarez. in the

amount of $161,158.00, plus interest at the rate of 9% upon $75,579.00 calculated from July 31, 2016, until the entry of judgment, which is calculated to be $19,511.81, for a total amount of $180,669.81; and against Othman Mubarez in the amount of $132,658.00, plus interest at the rate of 9% upon $61,329.00 calculated from October 9, 2016, until the entry of judgment, which is calculated to be $14,774.41, for a total amount of $76,103.41; jointly and severally, all computed as provided in 28 U.S.C. § 1961(a).  In no event shall Plaintiff be entitled to collect or recover, in total, more than the total amount of the judgment entered against defendant Food U Desire 3, Corp.

That Plaintiff shall recover attorneys' fees and costs in an amount to be determined in a separate judgment.  The Court shall issue a referral under separate cover for mediation to commence within sixty (60) days on the issue of fees and costs.

That if any amounts remain unpaid upon the expiration of ninety (90) days following issuance of judgment, or ninety (90) days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4)

This judgment is being entered pursuant to Federal Rule of Civil Procedure 54(b).

SO ORDERED.

Dated:   June 13, 2019
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge